# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JEREMY M. WINE,

        Plaintiff,

    v.

BILLY PONTOW; MARC MEDEMA; SCOTT ROSS; BONNIE LIND; MICHAEL GLAMMAN II; ANTHONY BOVEE; KELLY BEASLEY; and PAUL NAVIS,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-72-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____3/3/09_____
Date